M. JOHN CARSON (SBN 41285)
jcarson@lrrc.com
DREW WILSON (SBN 283616)
dwilson@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
655 North Central Avenue, Suite 2300
Glendale, CA 91203-1445
Telephone: 626-795-9900; Facsimile: 626-577-8800

SCOTT D. EADS, *admitted pro hac vice*
seads@schwabe.com
NICHOLAS F. ALDRICH, *admitted pro hac vice*
naldrich@schwabe.com
JASON A. WRUBLESKI*, admitted pro hac vice*
jwrubleski@schwabe.com
AUKJEN T. INGRAHAM, *admitted pro hac vice*
aingraham@schwabe.com
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981; Facsimile: 503-796-2900

Attorneys for Defendant AgaMatrix, Inc.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DEXCOM, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AGAMATRIX, INC.,<br><br>　　　　Defendant. | Case No.: 2:16-cv-5947 SJO (ASx)<br><br>**DEFENDANT AGAMATRIX, INC.'S NOTICE OF MOTION AND SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES CONCERNING THE '155 PATENT**<br><br>District Judge:　S. James Otero<br>Courtroom:　　10c, 10th Floor<br>Date:　　　　9/10/2018<br>Time:　　　　10:00 a.m.<br>Date Action Filed:　8/9/2016 |

# NOTICE OF MOTION AND MOTION

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on September 10, 2018, at 10:00 a.m., or as soon thereafter as this matter may be heard in the above-entitled Court located at the United States Courthouse, 350 W. First Street, Los Angeles, California 90012, Courtroom 10C, 10th Floor, Defendant AgaMatrix, Inc. ("AgaMatrix") will and hereby does move pursuant to 35 U.S.C. § 285 and this Court's inherent power for this Court to enter an Order granting Defendant AgaMatrix, Inc. a supplemental award of attorneys' fees, as follows:

- $24,021.75 in attorneys' fees.

This Supplemental Motion for Attorneys' Fees is made following the conference of counsel pursuant to L.R. 37-1 and 7-3, which took place on February 23, 2018, during conferral regarding the attorneys' fees motion filed on March 5, 2018, and additionally on August 6, 2018, by telephone conference between Attorneys Aldrich and Huh. The parties made a good faith attempt to resolve these disputes and were unable to do so.

This motion is based upon the following documents:

- AgaMatrix, Inc.'s Memorandum in Support of Supplemental Motion for Attorneys' Fees;
- Declaration of Nika Aldrich;
- any supplemental memoranda submitted by the parties;

1  - and the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Dated: August 6, 2018

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Nicholas F. Aldrich*
M. John Carson
Drew Wilson

Scott D. Eads
Nicholas F. Aldrich
Jason A. Wrubleski
Aukjen T. Ingraham
SCHWABE, WILLIAMSON
 & WYATT, P.C.

Attorneys for Defendant
AgaMatrix, Inc.